# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERNEST J. HUGHES,

    Plaintiff,

v.

TRANS UNION, LLC,

    Defendant.

Case No. 3:18-cv-00578-JPG-RJD

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

    This matter comes before the Court on the parties' stipulation of dismissal (Doc. 10) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). That rule allows dismissal of an action without a court order if the notice of dismissal is signed by all parties who have appeared in the case. Here, the parties have met the requirements of the rule. Accordingly, the Court **FINDS** that this case is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED: JUNE 19, 2018**

                                                   *s/ J. Phil Gilbert*
                                                 **J. PHIL GILBERT**
                                                 **DISTRICT JUDGE**